IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DIGITAL VERIFICATION SYSTEMS, LLC | § § § § § § § | Case No. 2:16-CV-1008-RWS-RSP (Member Case) |
| v. | | |
| SERTIFI, INC. | | |

## ORDER

Before the Court is the Report and Recommendation of the Magistrate Judge (Docket No. 8), which recommends dismissal without prejudice for Plaintiff's failure to serve Defendant Sertifi, Inc. No party has filed objections to the Report and Recommendation. Accordingly, and after *de novo* review of the record, the Court

**ADOPTS** the Magistrate Judge's report, and it is

**ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** for failure to make timely service of process under Rule 4(m).

**SIGNED** this 23rd day of April, 2019.

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE